JS-6

Janine K. Jeffery, Esq. CBN 112639
  Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant, Ernesto Ignacio

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO BOOTESAZ,<br><br>           Plaintiff,<br><br>    vs.<br><br>ERNESTO IGNACIO; And DOES 1 through 10,<br><br>           Defendants. | CASE NO. CV 21-1419-GW-PDx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>*(Filed Concurrently with Stipulation)*<br><br>Hon. George H. Wu<br>United States District Judge |

Upon consideration of the Stipulation between Plaintiff and Defendant, and good cause appearing thereof, IT IS HEREBY ORDERED THAT all of Plaintiff's claims be dismissed with prejudice, with all parties bearing their own costs, fees, and expenses.

**IT IS SO ORDERED**.

Dated:  September 28, 2023

_____
HON. GEORGE H. WU,
United States District Judge

1

*[PROPOSED]* ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE